IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAQUIRE MALO LEVI,<br><br>Defendant. | Case No. 3:21-cr-00009-JMK-MMS<br><br>**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |

A plea agreement was filed in this case at Docket 32.[1] Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Mr. Levi entered a guilty plea to Count 1 of the Indictment, which is a violation of Title 18, United States Code, Section 2119(1)—Carjacking.

Judge Scoble issued a Final Report and Recommendation at Docket 45, in which he recommended that the District Court accept the Defendant's plea of guilty to

---

[1] Additionally, a Sealed Plea Agreement Addendum was filed at Docket 33.

Count 1 of the indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's please of guilty to Count 1 of the Indictment, Carjacking, and Defendant is adjudged GUILTY of Count 1.

The Imposition of Sentence hearing in this matter is confirmed for April 13, 2022, at 10:30 a.m. in Anchorage Courtroom 3.

DATED this 6th day of April, 2022, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge

*United States v. Levi*  Case No. 3:21-cr-00009-JMK
Order re Final Report and Recommendation  Page 2
Case 3:21-cr-00009-JMK-MMS   Document 53   Filed 04/06/22   Page 2 of 2